## 10049.  HOWARD v. THE STATE.

BROYLES, P. J.  The motion for a new trial contained only the usual general grounds.  There was some evidence which, while weak, authorized the defendant's conviction, and, the verdict having been approved by the trial judge, this court is without authority to interfere.

> *Judgment affirmed.  Bloodworth and Harwell, JJ., concur.* •
> DECIDED NOVEMBER 1, 1918.

Indictment for possessing intoxicating liquor; from Emanuel superior court—Judge Hardeman.  July 22, 1918.

*T. N. Brown,* for plaintiff in error.

*Walter F. Gray, solicitor-general,* contra.